TODD R. GREGORIAN (CSB No. 236096)
*tgregorian@fenwick.com*
GARNER KROPP (CSB 312585)
*gkropp@fenwick.com*
GREGORY ADAMS (CSB 292391)
*gadams@fenwick.com*
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA  94111
Telephone:     415.875.2300
Facsimile:     415.281.1350

*Counsel for Plaintiff*
TRUE FOOTAGE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE FOOTAGE INC.<br><br>Plaintiff,<br><br>v.<br><br>AUTOMAX AI INC., AUTOMAX AI (US) INC. and HUMZA AHMED,<br><br>Defendants. | Case No.<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP** |

PLAINTIFF'S CORPORATE DISCLOSURE
STATEMENT AND CERTIFICATION OF
INTERESTED PARTIES                                                                    CASE NO.

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff True Footage, Inc. states as follows:  Plaintiff True Footage, Inc. is a Delaware corporation with its principal place of business in Texas.  No publicly held corporation owns more than 10% of Plaintiff True Footage Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report, and there is no individual or entity whose citizenship is attributed to the party submitting this certification.

Dated: April 22, 2026

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Todd R. Gregorian*
    Todd R. Gregorian
    Garner Kropp
    Gregory Adams

*Attorneys for Plaintiff*
*True Footage Inc.*

FENWICK & WEST LLP
ATTORNEYS AT LAW

PLAINTIFF'S CORPORATE DISCLOSURE
STATEMENT AND CERTIFICATION OF
INTERESTED PARTIES                    1                    CASE NO.