United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRUE FOOTAGE INC.,

        Plaintiff,

    v.

AUTOMAX AI INC., et al.,

        Defendants.

Case No. 26-cv-03418-AMO

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Pursuant to Civil Local Rule 72-1 and the consent of the parties, this matter is referred

    [x]      for random reassignment of a United States Magistrate Judge

    [ ]      for direct reassignment to United States Magistrate Judge

to conduct all proceedings in this action including trial, entry of final judgment, and all post-trial proceedings in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

    The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

    **IT IS SO ORDERED.**

Dated: July 1, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

*Rev. 10-18*