**LEX LUMINA LLP**
Rhett O. Millsaps II (SBN: 348949)
  rhett@lex-lumina.com
700 S. Flower Street, Suite 100
Los Angeles, CA  90017
Telephone: (213) 600-6063
Fax: (646) 906-8657

Christopher J. Sprigman (appearing pro hac vice)
  chris@lex-lumina.com
745 Fifth Avenue, Suite 500
New York, NY  10151
Telephone: (646) 898-2055
Fax: (646) 906-8657

**HARRIS ST. LAURENT LLP**
Jonathan Harris (appearing pro hac vice)
  jon@hs-law.com
Ashley Robinson (appearing pro hac vice)
  arobinson@hs-law.com
40 Wall Street, 53rd Floor
New York, NY  10005
Telephone: (212) 397-3370
Fax: (212) 202-6206

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUE FOOTAGE INC, <br><br> Plaintiff, <br><br> v. <br><br> AUTOMAX AI INC.; AUTOMAX AI (US) INC.; and HUMZA AHMED, <br><br><br> Defendants. | Case No.:  3:26-cv-3418-AGT <br><br> **DEFENDANTS' AMENDED NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO DISMISS OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT** <br><br> Date:          September 4, 2026 <br> Time:         10:00 a.m. <br> Location:    Courtroom A, 15th Floor <br> Judge:        Hon. Alex G. Tse |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 4, 2026, at 10:00 a.m. or as soon thereafter as this matter may be heard in Courtroom A of the above-titled Court, 15th Floor at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendants Automax AI Inc., Automax AI (US) Inc., and Humza Ahmed (collectively, "Automax") will and hereby do move this Court for (1) summary judgment on the Sixth, Seventh, and Eighth Causes of Action (together, "the Copyright Claims") in Plaintiff's Complaint (ECF No. 1) ("Compl.") or, in the alternative, dismissal for failure to state a claim; (2) for dismissal of the First through Fifth Causes of Action (together, "the State Law Claims") for lack of federal jurisdiction; or (3) for a more definite statement of the Copyright Claims. This motion is based upon this notice; the previously submitted memorandum of points and authorities (ECF No. 22); the supporting declarations of Humza Ahmed, Huzaifa Ahmad, Rhett O. Millsaps II, Katelyn A. Berens, and Christopher J. Weiner; Automax's Request for Judicial Notice; the pleadings and papers on file; all other matters of which the Court may take judicial notice; and such oral argument and evidence as the Court may allow or admit at the hearing on the motion.

Dated:  July 6, 2026

Respectfully submitted,

LEX LUMINA LLP

By: /s/ *Rhett O. Millsaps II*
    Rhett O. Millsaps II (SBN: 348949)
    rhett@lex-lumina.com
    700 S. Flower Street, Suite 100
    Los Angeles, California 90017
    Telephone: (213) 600-6063
    Fax: (646) 906-8657

    Christopher J. Sprigman (appearing pro hac vice)
    chris@lex-lumina.com
    745 Fifth Avenue, Suite 500
    New York, New York 10151
    Telephone: (646) 898-2055
    Fax: (646) 906-8657

HARRIS ST. LAURENT LLP

    Jonathan Harris (appearing pro hac vice)
    jon@hs-law.com
    Ashley N. Robinson (appearing pro hac vice)
    arobinson@hs-law.com
    40 Wall Street, 53rd Floor
    New York, New York 10005
    Telephone: (212) 397-3370
    Fax: (212) 202-6206

    *Attorneys for Defendants*

DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT AND TO DISMISS OR FOR MORE
DEFINITE STATEMENT

CASE NO. 3:26-CV-3418-JCS