**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

TRUE FOOTAGE INC.,

Plaintiff,

v.

AUTOMAX AI INC., et al.,

Defendant.

Case No. 3:26-cv-3418-AGT

**DECLARATION OF HUMZA AHMED REGARDING PRESERVATION**

I, Humza Ahmed, declare as follows:

1. I am the Founder and CEO of Automax AI Inc. ("Automax"). I am over the age of 18 and competent to testify. I submit this declaration based on my personal knowledge and a review of company records, and on individuals at Automax upon whom I regularly rely.

2. Plaintiff True Footage Inc. ("True Footage") first notified Automax and me of True Footage's allegations and claims in this case in a demand letter from its counsel on March 27, 2026.

3. Automax and I promptly engaged counsel at Coblentz Patch Duffy & Bass LLP to advise us on our rights as well as our obligations and to respond to True Footage. We also promptly took steps to preserve all information potentially relevant to True Footage's claims and our defenses in this case, including turning off any auto-delete features in devices, systems, and platforms containing relevant electronically stored information.

4. Soon after True Footage filed this lawsuit, Automax and I engaged counsel at Lex Lumina LLP and Harris St. Laurent LLP to represent us in the litigation. We again reviewed our preservation obligations and took steps to ensure that we had preserved all information potentially relevant to True Footage's claims and our defenses in this case.

5. I have personally reviewed the Court's Guidelines for the Discovery of Electronically Stored Information to ensure that Automax and I are in compliance with our preservation obligations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: September 2, 2026
San Francisco, California

By:
Humza Ahmed