# EXHIBIT 2

**From:** Wiener, Christopher
**To:** Todd Gregorian
**Cc:** Garner Kropp; Berens, Katie
**Subject:** RE: True Footage / Automax.ai
**Date:** Monday, April 6, 2026 4:23:30 PM

**** EXTERNAL EMAIL ****

Todd,

I am fairly tied up today and tomorrow preparing for a mediation but am open on Wednesday afternoon. What works for you?

As for your question below, while we believe any threat of litigation is premature, and Automax.ai is not obligated to respond to informal requests regarding its business practices, Automax.ai is preserving documents that may be relevant to this dispute, and we trust True Footage is doing the same.

Ahead of our call, it would be helpful if you could provide the specific copyright registrations "in the selection, sequence, and coordination of information in its appraisal products" that True Footage contends have been infringed. Although it is possible we overlooked something it, our team has been unable to locate any registrations to True Footage, Inc. as either a claimant or author. Your letter's reference to "copying," without identifying any specific intellectual property asset owned by True Footage, raises concerns regarding the basis for the asserted claims, particularly given that some examples referenced (e.g., an "implementation of a GAM to estimate feature values") do not appear, on their face, to be protectable by copyright.

Thanks,
Chris

**Christopher Wiener** | Partner
**Coblentz Patch Duffy & Bass LLP**
Direct 415-293-6472 | Office 415-391-4800

This transmittal is intended solely for use by its addressee, and may contain confidential or legally privileged information. If you receive this transmittal in error, please email a reply to the sender and delete the transmittal and any attachments.

---

**From:** Todd Gregorian <TGregorian@fenwick.com>
**Sent:** Monday, April 6, 2026 10:16 AM
**To:** Wiener, Christopher <cwiener@coblentzlaw.com>
**Cc:** Garner Kropp <GKropp@fenwick.com>; Berens, Katie <kberens@coblentzlaw.com>
**Subject:** [EXTERNAL] RE: True Footage / Automax.ai

Chris,

Following up on the below. Let me know some options that would work for you to connect by phone. Also, now that counsel has had five days to investigate and assess document preservation issues, could you please confirm that Mr. Ahmed and Automax AI have preserved all evidence concerning their access to TrueTracts and development of their offering, and have not altered or deleted any relevant records or communications?

Todd Gregorian
Fenwick | Partner | +1 415-875-2402 | tgregorian@fenwick.com

---

**From:** Todd Gregorian
**Sent:** Thursday, April 2, 2026 5:38 PM
**To:** Christopher Wiener <cwiener@coblentzlaw.com>
**Cc:** Garner Kropp <GKropp@fenwick.com>; Katie Berens <kberens@coblentzlaw.com>
**Subject:** Re: True Footage / Automax.ai

Chris,

Nice to meet you and I look forward to speaking. Let me know your earliest availability. Just to set expectations, my client is unlikely to be interested in any resolution that does not put the parties in their respective
positions before Automax's improper access and copying. Are you in a position to confirm to us today that Mr. Ahmed and Automax AI have preserved all evidence concerning their access to TrueTracts and development of their offering, and have not altered or deleted relevant records? Please let us know.

Thanks,
-t

On Apr 2, 2026, at 4:48 PM, Wiener, Christopher <cwiener@coblentzlaw.com> wrote:

**** EXTERNAL EMAIL ****

Todd and Garner,

We have been retained by Automax.ai in connection with True Footage's March 27, 2026 Cease & Desist letter. We are getting up to speed on your letter and are discussing the matter with our client. Automax.ai will not be in a position to respond today, but I would be happy to chat next week after we have had a chance to dig in.

Automax.ai obviously disagrees with the general and specific allegations in your letter, however we believe there is likely a business resolution here that will avoid unnecessary and expensive litigation for both our clients. With that said, Automax.ai reserves all rights and disputes any liability to True Footage.

Please reach out with any questions. I will be in touch early next week.

Chris

**Christopher J. Wiener** | Partner
**Coblentz Patch Duffy & Bass LLP**
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Direct 415-293-6472 | Office 415-391-4800
CWiener@coblentzlaw.com
www.coblentzlaw.com

This transmittal is intended solely for use by its addressee, and may contain confidential or legally privileged information. If you receive this transmittal in error, please email a reply to the sender and delete the transmittal and any attachments.

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.