TODD R. GREGORIAN (CSB No. 236096)
*tgregorian@fenwick.com*
GARNER KROPP (CSB No. 312585)
*gkropp@fenwick.com*
GREGORY ADAMS (CSB No. 292391)
*gadams@fenwick.com*
SAMANTHA COX-PARRA (CSB No. 351914)
*scox-parra@fenwick.com*
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300
Facsimile: 415.281.1350

*Counsel for Plaintiff*
TRUE FOOTAGE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUE FOOTAGE INC.<br><br>Plaintiff,<br><br>v.<br><br>AUTOMAX AI INC.; AUTOMAX AI (US) INC.; and HUMZA AHMED,<br><br>Defendants. | Case No. 3:26-cv-03418-AGT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S DISCOVERY LETTER BRIEF**<br><br>Date: September 4, 2026<br>Time: 10:00 a.m.<br>Dept: Courtroom A, 15th Floor<br>Judge: Hon. Alex G. Tse |



FENWICK & WEST LLP

This matter comes before the Court on the parties' joint letter brief concerning the defendants' duty to preserve evidence relevant to this litigation. Having considered the parties' joint brief and supporting exhibits, the relevant law, and the record of this case, IT IS HEREBY:

ORDERED that defendants must comply with their preservation obligations under the Federal Rules of Civil Procedure, including but not limited to taking reasonable steps to preserve all documents, electronically stored information, and tangible things in their possession, custody, or control that are relevant to, or may reasonably lead to the discovery of information relevant to, the subject matter involved in the pending litigation.

ORDERED that the foregoing preservation duty includes, without limitation:

1. Source code for each version of Automax AI Copilot from October 1, 2025 to the present.
2. All documents or communications relating to the development of each such version of Automax AI Copilot, and any proposed or actual modifications thereof.
3. All documents and communications relating to True Footage products or services including TrueTracts, including reproductions of any element therefrom, from October 1, 2025 to present.
4. Any prompts, queries, and other inputs submitted to any artificial intelligence or generative AI system (including but not limited to large language models, AI-powered code editors such as Cursor, or diffusion models), as well as the outputs, responses, and underlying logs or metadata generated by such systems, related to True Footage, True Tracts, Automax AI Copilot or its development, or otherwise related to the subject matter of this lawsuit.

Within fourteen days of this order, defendants shall each file a declaration attesting to their compliance therewith, or alternatively stating the reasons they cannot comply, including identifying with specificity any information responsive to the above categories that existed on or after October 1, 2025 but can no longer be preserved in its original unmodified form. For any information that can no longer be preserved in its original unmodified form, the declaration shall further state: (a) the date or approximate date on which the information was lost, deleted, or altered; (b) the

FENWICK & WEST LLP

circumstances under which the loss occurred, including whether it resulted from a manual or an automated process; and (c) the steps Defendants have undertaken to recover, restore, or retrieve such material.

**IT IS SO ORDERED.**

Dated: ________________________

________________________
Magistrate Judge Alex G. Tse
United States District Court
Northern District of California

FENWICK & WEST LLP